**CONSTANCE CENTER, Plaintiff—Appellant,**

v.

**PEOPLE SOLUTIONS, INC.; et al., Defendants—Appellees.**

No. 01–15858.

D.C. No. CV–00–00682–LKK(DAD).

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 29, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Constance Center appeals pro se the district court's summary judgment in her employment discrimination action. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review summary judgment de novo. *Margolis v. Ryan,* 140 F.3d 850, 852 (9th Cir.1998). Because the documents Center

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Center's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

---

filed on June 16, 1999 did not constitute a complaint under Fed.R.Civ.P. 8(a), the district court properly determined that her action was time-barred. *See Baldwin County Welcome Center v. Brown,* 466 U.S. 147, 149, 104 S.Ct. 1723, 80 L.Ed.2d 196 (1984) (per curiam).

Center's remaining contentions lack merit.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.